UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PNC BANK, NATIONAL ASSOCIATION, successor by merger to PNC EQUIPMENT FINANCE, LLC d/b/a JCB Finance, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| WEST BROSS, INC., | ) ) |
| Defendant. | ) |

Case No. 1:24-cv-08324

### NOTIFICATION AS TO AFFILIATES / CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, PNC Bank, National Association, successor by merger to PNC Equipment Finance, LLC d/b/a JCB Finance ("PNC Bank"), identifies its affiliates as follows:

PNC Bank is a national banking association and is an indirect subsidiary of The PNC Financial Services Group, Inc. The PNC Financial Services Group, Inc. is a financial holding company trading under the symbol "PNC" on the New York Stock Exchange. There is no parent corporation or publicly held corporation that owns 5% or more of PNC Financial Services Group, Inc.

Dated: August 22, 2024

PNC BANK, NATIONAL ASSOCIATION, successor by merger to PNC Equipment Finance, LLC d/b/a JCB Finance,

By: /s/ C. Randall Woolley
C. Randall Woolley
Darcy & Devassy PC
444 N. Michigan Ave, Suite 3270
Chicago, IL 60611
Tel: (312) 784-2400
Fax; (312) 784-2410
rwoolley@darcydevassy.com